IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION |
| | : | |
| PETITIONER | : | |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL R. REGAN, UNITED STATES MARSHALL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; SUSAN TORRES, ATTORNEY-ADVISOR, OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES, | : : : : : : : : | |
| RESPONDENTS | : | NO.: |

*******************************************************************************

ORDER

AND NOW, upon consideration of the Emergency Petition for Writ of Habeas Corpus Pursuant to 28 USC §2241 and 2243 and Complaint for Declaratory Judgement and Injunctive Relief,

IT IS HEREBY ORDERED that the Certification of Exrtaditability and Order of Commitment dated March 4, 2009, as amended by Order of March 12, 2009, be and is hereby stayed until further Order of Court.

IT IS FURTHER ORDERED that a hearing on the aforesaid Petition be and is hereby scheduled for the_____day of _____, 2009

at _____        .m., Courtroom Number _____, William J. Nealon Federal Building, Washington & Linden Streets, Scranton, Pennsylvania.

                                        BY THE COURT:

                                        _____J.