IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION |
| | : | |
| PETITIONER | : | |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL R. REGAN, UNITED STATES MARSHALL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; SUSAN TORRES, ATTORNEY-ADVISOR, OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES, | : : : : : : : : : | |
| RESPONDENTS | : | NO.: |

*******************************************************************************

## CERTIFICATE OF NON-CONCURRENCE

PAUL P. ACKOUREY, ESQUIRE does hereby certify that on the 16th day of March, 2009 he did seek the concurrence of Assistant US Attorney Christian A. Fisancik in the within Motion and that the said Assistant US Attorney does not concur in said motion.

<u>/S/ PAUL P. ACKOUREY, ESQUIRE</u>
PAUL P. ACKOUREY, ESQUIRE
ATTORNEY FOR DEFENDANT
116 NORTH WASHINGTON AVENUE
FIRST FLOOR, STE. 1E
SCRANTON, PA 18503
(570) 342-4242    FAX: (570) 342-8382
PA  ID#: 38506
lop45ackourey@epix.net