IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION |
| | : | |
| PETITIONER | : | |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL R. REGAN, UNITED STATES MARSHALL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; SUSAN TORRES, ATTORNEY-ADVISOR, OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES, | : : : : : : : : : | |
| RESPONDENTS | : | NO.: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>CERTIFICATE OF SERVICE</u>

PAUL P. ACKOUREY, ESQUIRE, does hereby certify that on the 16<u>th</u> day of March, 2009 he did serve a true and correct copy of the Emergency Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §§2241 and 2243 and Complaint for Declaratory and Injunctive Relief upon the following:

BY ECF:    AUSA Christian Fisanick
           William J. Nealon Federal Building
           Washington & Linden Streets
           Scranton, PA 18501

BY US Mail, First Class, Postage Prepaid:

   1.   Susan Torres, Esquire
        Office of the Legal Advisor

    Department of the State
    2201 C Street, NW
    Washington, DC 20520

2.    Michael R. Regan
    US Marshall
    William J. Nealon Federal Building
    Room 231
    Scranton, PA  18501

3.    Eric Holden, Esquire
    Attorney General of the United States
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

4.    The Honorable Hillary Rodham Clinton
    Secretary of State of the United States
    2201 C Street, NW
    Washington, DC  20520

    RESPECTFULLY SUBMITTED:


BY: /s/PAUL P. ACKOUREY, ESQUIRE
    PAUL P. ACKOUREY, ESQUIRE
    ATTORNEY FOR RESPONDENT
    116 NORTH WASHINGTON AVENUE
    FIRST FLOOR, SUITE 1-E
    SCRANTON, PA 18503
    (570) 342-4242     FAX: (579) 342-8382
    PA BAR#: 38506
    lop45ackourey@epix.net