IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHABARGER | : | |
|     Plaintiff | : | |
| VS. | : | 3:CV-09-0487 |
| | : | (JUDGE VANASKIE) |
| MICHAEL R. REGAN, UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES, SUSAN TORRES, ATTORNEY-ADVISOR OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF OF STATE, HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES | : | |
|     Defendants | : | |

ORDER

_____NOW, THIS 16th DAY OF MARCH, 2009, IT IS HEREBY ORDERED THAT a telephone conference concerning emergency petition for writ of habeas corpus will be held on Tuesday, March 17, 2009 at 11:30 a.m. Attorney Paul P. Ackourey is responsible for placing the call to (570) 207-5720, and all parties should be ready to proceed before the undersigned is contacted.

                                            s/ Thomas I. Vanaskie
                                            Thomas I. Vanaskie
                                            United States District Judge