IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY BETH HARSHBARGER, : | |
|      Petitioner : | |
| : | |
|   v. : | 3:09-CV-00487 |
| : | (JUDGE VANASKIE) |
| MICHAEL REGAN, United States Marshal : | |
| for the Middle District of Pennsylvania, : | |
| et al., : | |
|      Respondents : | |

ORDER

NOW, THIS 17th DAY OF MARCH, 2009, for the reasons set forth on the record during a telephone conference conducted in the above-captioned matter on this date, IT IS HEREBY ORDERED THAT:

1. Petitioner's extradition and surrender date shall be STAYED until Friday, March 27, 2009.

2. Oral argument on Petitioner's Emergency Petition for Writ of Habeas Corpus shall be held on Wednesday, March 25, 2009, at 11:00 a.m. in the William J. Nealon Federal Building and U.S. Courthouse, 235 North Washington Avenue, Scranton, PA., 18501. The oral argument will be held in a courtroom to be designated by the Clerk of Court. Counsel can obtain information on courtroom assignments by contacting the Clerk's office the Friday before

the scheduled appearance.

                                        s/ Thomas I. Vanaskie
                                        Thomas I. Vanaskie
                                        United States District Judge