## AFFIDAVIT

I, Lambert Green of Fogo in the Province of Newfoundland and Labrador, Hunting Guide, make oath and say as follows:

1. **THAT** I reside at Fogo in the Province of Newfoundland and Labrador and work in the Fall as a Hunting Guide for Reg & Anne White at their Moosehead Lodge.

2. **THAT** on September 14, 2006 I, in the course of my employment, was guiding Mark Harshbarger and his wife, Mary Beth Harshbarger on a hunting expedition. On the date of this tragic fatal accident, I accompanied Mark Harshbarger and Mary Beth Harshbarger on a bear hunting trip and we parked the pick-up truck at the end of a road near a skidder road. Mary Beth stayed with the vehicle while Mark Harshbarger and I walked in a trail towards a hill in an area with which I was familiar.

3. **THAT** as Mark Harshbarger and I were returning to the truck, Mark Harshbarger was accidently shot by his wife Mary Beth Harshbarger. We were, without Mary Beth's prior knowledge, returning to the truck by way of the same trail that we had taken to the hill.

2

4. __THAT__ it is my honest belief that the shooting of Mark Harshbarger by Mary Beth Harshbarger was in fact accidental.

5. __THAT__ over the week during which I was acting as a Hunting Guide for Mark Harshbarger and Mary Beth Harshbarger, I had occasion to discuss Mark's relationship with Mary Beth with Mark and he informed me that he was very happy that he had met her and by all appearances, they were a happily married couple.

SWORN TO at Tilting in the Province of Newfoundland and Labrador, this 23rd day of March A.D. 2009, before me:

_[signature]_
Barrister, Solicitor
+ Notary Public in and
for the Province of
Newfoundland & Labrador

_Lambert Greene_
LAMBERT GREEN