IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF EXTRADITION     :     3:09-CIV-487

OF MARY BETH HARSHBARGER,        :     JUDGE MANNION
********************************************************************************

CERTIFICATE OF SERVICE

PAUL P. ACKOUREY, ESQUIRE, does hereby certify that on the 24th day of March, 2009, he did serve a true and correct copy of Defendant's Affidavit of Lambert Green upon the following individuals by ecf addressed as follows:

> AUSA Attorney Christian A. Fisanick
> William J. Nealon Federal Building
> Washington & Linden Streets
> Scranton, PA 18503

BY: /s/ PAUL P. ACKOUREY, ESQUIRE
PAUL P. ACKOUREY, ESQUIRE
116 NORTH WASHINGTON AVENUE
FIRST FLOOR, STE. 1E
SCRANTON, PA 18503
(570) 342-4242 (FAX) 342-8382
PA BAR#: 38506
lop45ackourey@epix.net