IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION NO. 3:CV-09-487 |
| | : | |
| PETITIONER | : | |
| VS. | : | |
| | : | (VANASKIE, J.) |
| MICHAEL R. REGAN, ET AL | : | |
| | : | |
| RESPONDENTS | : | |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the Respondents in the above captioned case.

                                       MARTIN C. CARLSON
                                       United States Attorney

                                       /s/ Christian A..Fisanick
                                       _____
                                       Criminal Chief
                                       U.S. Attorney's Office
                                       Federal Building - Suite 311
                                       P.O. Box 309
                                       235 N. Washington Avenue
                                       Scranton, Pennsylvania 18503
                                       (570) 348-2800   Ext. 263

_____