FILED
SCRANTON
MAR 27 2009
PER _____ DEPUTY CLERK

No. 2188
Date 3/27 09
Received Of Mary Beth Hanshberger
Address RR 3 Box 331
Meshoppen, PA 18630
For 3:09-CV-487 & MJ-06-109 Property Deed- Copy
$
HOW PAID | BALANCE DUE
By Trupp-Brunn
8K 826 Rediform