IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARY BETH HARSHBARGER,    :
          Petitioner    :
                :
   v.    :    3:09-CV-00487
                :    (JUDGE VANASKIE)
MICHAEL REGAN, United States Marshal    :
for the Middle District of Pennsylvania,    :
et al.,    :
          Respondents    :

ORDER

NOW, THIS 14th DAY OF APRIL, 2009, IT IS HEREBY ORDERED THAT the Order issued on April 13, 2009, in the above-captioned matter is corrected as follows:  Petitioner is ordered to surrender herself, on or before 3:00 p.m., on Monday, April 27, 2009, to the United States Marshal's Office in the William J. Nealon United States Courthouse and Federal Building, Scranton, Pennsylvania.

                                              s/ Thomas I. Vanaskie
                                              Thomas I. Vanaskie
                                              United States District Judge