IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION |
| | : | |
| PETITIONER | : | NO.: 3:09-CV-00487 |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL R. REGAN, UNITED STATES MARSHALL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; SUSAN TORRES, ATTORNEY-ADVISOR, OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES, | : | JUDGE VANASKIE |
| RESPONDENTS | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

AND NOW, this _____day of _____, 2009, upon consideration of the Petitioner Mary Beth Harshbarger's Emergency Motion for Continued

Bail Pending Appeal in the above-captioned case, it is hereby ORDERED AND

DECREED that the Emergency Motion for Continued Bail is GRANTED in the above

captioned case.

_____
THOMAS I. VANASKIE
UNITED STATES DISTRICT COURT JUDGE