IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION |
| | : | |
| PETITIONER | : | NO.: 3:09-CV-00487 |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL R. REGAN, UNITED STATES MARSHALL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; SUSAN TORRES, ATTORNEY-ADVISOR, OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES, | : : : : : : : : : : | JUDGE VANASKIE |
| RESPONDENTS | : | NO.: 3:09-CV-00487 |

*********************************************************************************************

## CERTIFICATE OF NON-CONCURRENCE

　　　　I, PAUL P. ACKOUREY, ESQUIRE, do hereby certify that I have contacted

Assistant United States Attorney Christian Fisanick for concurrence in the foregoing

Emergency Motion for Continued Bail Pending Appeal and that he denied concurrence in

the motion on the 20th day of April 2009.

　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED:


　　　　　　　　　　　　　　　　　BY:/S/ PAUL P. ACKOUREY, ESQUIRE
　　　　　　　　　　　　　　　　　   PAUL P. ACKOUREY, ESQUIRE
　　　　　　　　　　　　　　　　　   116 NORTH WASHINGTON AVENUE

FIRST FLOOR, STE. 1-E
SCRANTON, PA   18503
(570) 342-4242   FAX:(570) 342-8382
PA BAR#: 38506
lop45ackourey@epix.net