IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION |
| PETITIONER | : | NO.: 3:09-CV-00487 |
| VS. | : | |
| MICHAEL R. REGAN, UNITED STATES MARSHALL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; SUSAN TORRES, ATTORNEY-ADVISOR, OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES, | : | JUDGE VANASKIE |
| RESPONDENTS | : | |

***

## CERTIFICATE OF SERVICE

_____I, PAUL P. ACKOUREY, ESQUIRE, do hereby certify that I have served

Assistant United States Attorney Christian Fisanick with the foregoing Emergency Motion

for Continued Bail Pending Appeal by electronically filing said motion in the United States

District Court for the Middle District of Pennsylvania on the 21st day of April 2009.

RESPECTFULLY SUBMITTED:


BY:/S/ PAUL P. ACKOUREY, ESQUIRE
PAUL P. ACKOUREY, ESQUIRE

116 NORTH WASHINGTON AVENUE
FIRST FLOOR, STE. 1-E
SCRANTON, PA   18503
(570) 342-4242   FAX:(570) 342-8382
PA BAR#: 38506
lop45ackourey@epix.net