IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION |
| | : | |
| PETITIONER | : | NO.: 3:09-CV-00487 |
| | : | |
| VS. | : | |
| | : | |
| MICHAEL R. REGAN, UNITED STATES MARSHALL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; SUSAN TORRES, ATTORNEY-ADVISOR, OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES, | : | JUDGE VANASKIE |
| RESPONDENTS | : | |

*******************************************************************************************

## CERTIFICATE OF NON-CONCURRENCE

_____I, PAUL P. ACKOUREY, ESQUIRE, do hereby certify that I have contacted Assistant United States Attorney Christian Fisanick for concurrence in the foregoing Emergency Motion for Stay of Extradition Order and that he denied concurrence in the motion on the 20th day of April 2009.

            RESPECTFULLY SUBMITTED:


            BY: /S/ PAUL P. ACKOUREY, ESQUIRE
               PAUL P. ACKOUREY, ESQUIRE
               116 NORTH WASHINGTON AVENUE
               FIRST FLOOR, STE. 1-E

SCRANTON, PA   18503
(570) 342-4242   FAX:(570) 342-8382
PA BAR#: 38506
lop45ackourey@epix.net