IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION |
| PETITIONER | : | NO.: 3:09-CV-00487 |
| VS. | : | |
| MICHAEL R. REGAN, UNITED STATES MARSHALL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; SUSAN TORRES, ATTORNEY-ADVISOR, OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES, | : | JUDGE VANASKIE |
| RESPONDENTS | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

\_\_\_\_\_I, PAUL P. ACKOUREY, ESQUIRE, do hereby certify that I have served Assistant United States Attorney Christian Fisanick with the foregoing Brief in Support of Emergency Motions for Certificate of Appealability, Stay of Extradition Order and Continued Bail Pending Appeal   by electronically filing said motion in the United States District Court for the Middle District of Pennsylvania on the 21st  day of April 2009.

RESPECTFULLY SUBMITTED:


BY: /s/ PAUL P. ACKOUREY, ESQUIRE

PAUL P. ACKOUREY, ESQUIRE
116 NORTH WASHINGTON AVENUE
FIRST FLOOR, STE. 1-E
SCRANTON, PA   18503
(570) 342-4242   FAX:(570) 342-8382
PA BAR#: 38506
lop45ackourey@epix.net