IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER | : | |
|       Plaintiff | : | |
| VS. | : | 3:CV-09-0487 |
| | : | (JUDGE VANASKIE) |
| MICHAEL R. REGAN, UNITED STATES | : | |
| MARSHAL FOR THE MIDDLE | : | |
| DISTRICT OF PENNSYLVANIA, ERIC | : | |
| HOLDER, ATTORNEY GENERAL OF | : | |
| THE UNITED STATES, SUSAN | : | |
| TORRES, ATTORNEY-ADVISOR | : | |
| OFFICE OF THE LEGAL ADVISOR, | : | |
| UNITED STATES DEPARTMENT OF | : | |
| OF STATE, HILLARY RODHAM | : | |
| CLINTON, SECRETARY OF STATE | : | |
| OF THE UNITED STATES | : | |
|       Defendants | : | |

ORDER

April 22, 2009

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Petitioner Mary Beth Harshbarger has moved for issuance of a certificate of appealability in connection with her announced intention to appeal the denial of her habeas corpus petition that was filed under 28 U.S.C. § 2241 to challenge her extradition to Canada. A certificate of appealability, however, is not required to appeal from the denial of a § 2241 habeas corpus petition. See Burkey v. Marberry, 556 F.3d 142, 146 (3d Cir. 2009); United States v. Ceparo, 224 F.3d 256, 264-65 (3d Cir. 2000). In particular, a

certificate of appealability is not required in habeas corpus cases brought under 28 U.S.C. § 2241 to challenge an extradition order.  See Lindstrom v. Graber, 203 F.3d 470, 473 (7th Cir. 2000); Murphy v. United States, 199 F.3d 599, 601 (2d Cir. 1999).

    ACCORDINGLY, IT IS HEREBY ORDERED THAT the Emergency Motion for Certificate of Appealability (Dkt. Entry 17) is DISMISSED.

                                          s/ Thomas I. Vanaskie
                                          Thomas I. Vanaskie
                                          United States District Judge