IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY BETH HARSHBARGER, : | |
|               Petitioner : | |
| : | |
|   v. : | 3:09-CV-00487 |
| : | (JUDGE VANASKIE) |
| MICHAEL REGAN, United States Marshal : | |
| for the Middle District of Pennsylvania, : | |
| et al., : | |
|               Respondents : | |

ORDER

    NOW, THIS 22nd DAY OF APRIL, 2009, the Government having represented on the record during a Telephone Conference conducted in the above-captioned matter on this date that it does not oppose a stay of Petitioner's extradition to Canada pending appeal of the denial of her habeas corpus petition, and finding that there are "special circumstances" that warrant continuing Petitioner's release on bail pending her appeal, especially in light of the Government's decision not to oppose a stay of extradition and as explained in more detail during the conference conducted this afternoon, IT IS HEREBY ORDERED THAT:

    1. Petitioner's Unopposed Emergency Motion for Stay of Extradition Order (Dkt. Entry 19) is GRANTED.

    2. Petitioner's Emergency Motion for Continued Bail Pending Appeal (Dkt. Entry 18) is

GRANTED.

                                              s/ Thomas I. Vanaskie
                                              Thomas I. Vanaskie
                                              United States District Judge