NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Middle District of Pennsylvania   (Scranton)

Circuit Court Docket No._____

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | DISTRICT COURT |
| | : | DOCKET No.: 3:09-CV-00487 |
| PETITIONER | : | |
| | : | DISTRICT COURT JUDGE |
| VS. | : | THOMAS I. VANASKIE |
| | : | |
| MICHAEL R. REGAN, UNITED STATES MARSHALL FOR THE MIDDLE DISTRICT OF PENNSYLVANIA; ERIC HOLDER, ATTORNEY GENERAL OF THE UNITED STATES; SUSAN TORRES, ATTORNEY-ADVISOR, OFFICE OF THE LEGAL ADVISOR, UNITED STATES DEPARTMENT OF STATE; HILLARY RODHAM CLINTON, SECRETARY OF STATE OF THE UNITED STATES, | : | |
| RESPONDENTS | : | |

    Notice is hereby given that Mary Beth Harshbarger appeals to the United States Court of Appeals for the Third Circuit from the Order denying Habeas Corpus Petition filed pursuant to 28 U.S.C. §2241 in regard to U.S. - Canada Extradition Matter. Entered in this action on April 13, 2009.

DATED:    April 24, 2009

/S/ PAUL P. ACKOUREY, ESQUIRE
PAUL P. ACKOUREY, ESQUIRE    ASSISTANT U. S. ATTORNEY
COUNSEL FOR THE APPELLANT    CHRISTIAN FISNICK
116 NORTH WASHINGTON AVENUE    SUITE 309, WILLIAM J. NEALON
FIRST FLOOR, SUITE 1-E    FEDERAL BUILDING

| | |
|---|---|
| SCRANTON, PA   18503 | 235 NORTH WASHINGTON AVENUE |
| (570) 342-4242 FAX:(570)342-8382 | SCRANTON, PA 18501 |
| PA BAR#: 38506 | (570) 348-2800 |
| lop45ackourey@epix.net | |