# *Department of State*

**To all whom these Presents shall come, Greeting:**

*Whereas,* The Government of Canada has made requisition in conformity with the provisions of existing treaty stipulations between the United States of America and Canada for the mutual delivery of criminals and fugitives from justice in certain cases for the delivery up of Mary Beth Harshbarger, charged with criminal negligence causing death and carelessly using a firearm or ammunition, in violation of Section 220(a) and 86(1) respectively of the Criminal Code of Canada, crimes committed within the jurisdiction of Canada.

*And Whereas,* The said Mary Beth Harshbarger has been found within the jurisdiction of the United States and has by proper authority and due form of law been brought before United States Magistrate Judge Malachy E. Mannion of the United States District Court for the Middle District of Pennsylvania for examination upon the charges set forth above.

*And Whereas,* The said United States Magistrate Judge Malachy E. Mannion has found and adjudged that the evidence produced against the said Mary Beth Harshbarger is sufficient in law to justify her commitment upon the said charge of criminal negligence causing death, and has, therefore, ordered that the said Mary Beth Harshbarger be committed pursuant to the provisions of said treaty stipulations, but has declined to certify extraditability for the charge of carelessly using a firearm.

Exhibit 1

*Now Therefore,* Pursuant to the provisions of Section 3184, Title 18, United States Code, These Presents are to require the United States Marshal for the Middle District of Pennsylvania, or any other public officer or person having charge or custody of the aforesaid Mary Beth Harshbarger, to surrender and deliver her up to such person or persons as may be duly authorized by the Government of Canada to receive the said Mary Beth Harshbarger to be tried for the crime of criminal negligence causing death only, of which she is so accused. Extradition is not granted for the crime of carelessly using a firearm or ammunition.

*In Testimony Whereof,* I have hereunto signed my name and caused the Seal of the Department of State to be affixed.

Done at the City of Washington, this 26th day

of *April, A.D. 2010*, and of the

Independence of the United States of America

the *234th.*



**Under Secretary of State for Political Affairs**