UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION NO. 3:CV-09-487 |
| | : | |
| PETITIONER | : | |
| VS. | : | |
| | : | (VANASKIE, J.) |
| MICHAEL R. REGAN, ET AL | : | |
| | : | |
| RESPONDENTS | : | |

## ORDER

AND NOW this _____ day of May 2010, the conditions of release as to Mary Beth Harshbarger are hereby revoked, she is ordered to turn her passport in to the Clerk of Courts by **May 10, 2010**, and she is ordered to make arrangements to surrender herself to the custody of the United States Marshals Service by **May 14, 2010 at 2:00 p.m.** in order to effectuate her transfer to Canadian authorities, pursuant to the surrender warrant, under the Extradition Treaty between the United States and Canada.

BY THE COURT:

_____
THE HON. THOMAS I. VANASKIE
United States Circuit Court Judge
Sitting by designation on the District Court