UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BETH HARSHBARGER, | : | CIVIL ACTION NO. 3:CV-09-487 |
| | : | |
| PETITIONER | : | |
| VS. | : | |
| | : | (VANASKIE, J.) |
| MICHAEL R. REGAN, ET AL | : | |
| | : | |
| RESPONDENTS | : | |

## ORDER

AND NOW this 11th day of May 2010, the Clerk of Courts is ordered to deliver the passport of Mary Beth Harshbarger, which it has in its custody, to the United States Marshals Service forthwith in order to effectuate the extradition process.

BY THE COURT:

_____
THE HON. THOMAS I. VANASKIE
United States Circuit Court Judge
Sitting by designation on the District Court