UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 09-2243

———

MARY BETH HARSHBARGER,
Appellant

v.

MICHAEL REGAN, United States Marshal for the Middle
District of Pennsylvania; ERIC HOLDER, Attorney General
of the United States; SUSAN TORRES, Attorney Advisor,
Office of the Legal Advisor, United States Department of State;
HILLARY RODHAM CLINTON, Secretary of State of the United States

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil No. 3-09-cv-00587)
District Judge: Hon. Thomas I. Vanaskie

———

Before: SLOVITER, ROTH and TASHIMA[*], Circuit Judges

———

Judgment

———

This cause came on to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted under Third Circuit

LAR 34.1(a) on February 8, 2010.

---

Hon. A. Wallace Tashima, Senior Judge, United States Court of Appeals for the Ninth Circuit, sitting by designation.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the judgment of the District Court entered April 13, 2009, be and the same is hereby affirmed. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

Attest:

/s/Marcia M. Waldron
Clerk

Dated: March 29, 2010

Cost taxed in favor of Appellee as follows:

    Brief........................$579.60

    Total........................$579.60

**Certified as a true copy and issued in lieu of a formal mandate on** May 20, 2010

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**