OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 20, 2010

Mary Eileen D'Andrea
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Building & United States Courthouse
235 North Washington Avenue
Scranton, PA 18503

RE: Mary Beth Harshbarger v. Michael Regan, et al
Case Number: 09-2243
District Case Number: 3-09-cv-00487

Dear District Court Clerk,
Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case. The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Paul P. Ackourey
Christian A. Fisanick
Theodore B. Smith III

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

/s Pamela Batts
Case Manager 267-299-4943